UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 08 B 25407
    ERIK D SMITH
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6626
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/24/2008 and was not confirmed.

    The case was dismissed without confirmation 12/04/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| K&P INVESTMENTS LLC | CURRENT MORTG | .00 | .00 | .00 |
| K&P INVESTMENTS LLC | MORTGAGE ARRE | 28000.00 | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 778.77 | .00 | .00 |
| COMCAST/CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER | UNSECURED | NOT FILED | .00 | .00 |
| HONOR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERV/FIR | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 900.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 900.00 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 900.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | 900.00 |
| | --------------- | --------------- |
| TOTALS | 900.00 | 900.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                        PAGE   2
          CASE NO. 08 B 25407 ERIK D SMITH